UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                   :

                                            :

             -against-                   :

                                              :

WILLIAM ALVA HEMMING,                       :          1:15-cr-540-GHW

                                            :

                  Defendant.       :          ORDER

------------------------------------------------------------ X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/31/2026 |

GREGORY H. WOODS, United States District Judge:

      A proceeding in this matter will take place on April 6, 2026 at 11:00 a.m.  The proceeding will take place in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: March 31, 2026
New York, New York

                                         _____
                                           GREGORY H. WOODS
                                       United States District Judge