UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                  :
                                           :
            -against-                      :
                                           :
WILLIAM ALVA HEMMING,                      :        1:15-cr-540-GHW-1
                                           :
                        Defendant.         :        ORDER
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2026

GREGORY H. WOODS, United States District Judge:

The conference currently scheduled for April 6, 2026 at 11:00 a.m. is rescheduled.  The

conference will take place on April 15, 2026 at 11:00 a.m. in Courtroom 14C, Daniel Patrick

Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to

appear for the conference as scheduled unless otherwise ordered by the Court.

        SO ORDERED.

Dated:  April 6, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge