UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,                          :
                                                   :
              -against-                            :
                                                   :
WILLIAM ALVA HEMMING,                              :          1:15-cr-540-GHW-1
                                                   :
                          Defendant.               :          ORDER
----------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/17/2026 |

GREGORY H. WOODS, United States District Judge:

On April 15, 2026, the Court scheduled an evidentiary hearing to take place on June 1, 2026 at 10:00 a.m. (the "Evidentiary Hearing") in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties are ordered to appear at that hearing as scheduled.

For the reasons stated on the record during the conference held on April 15, 2026, the conditions of the defendant's supervised release have been modified to add the following conditions:

The defendant shall be monitored by active GPS monitoring and any other location monitoring technology directed by the probation officer through the date of the Evidentiary Hearing and shall abide by all technology requirements. The defendant shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the probation officer.

The form of location monitoring required pursuant to the foregoing condition shall be utilized to monitor the following restriction on the defendant's movements in the community as well as other court-imposed conditions of release. Until the date of the Evidentiary Hearing, the defendant is restricted to his residence at all times except for employment, education, religious services, medical or mental health treatment, attorney visits, Court appearances,

Court-ordered obligations, or other activities pre-approved by the probation officer.

     SO ORDERED.

Dated:  April 22, 2026
New York, New York

                                      GREGORY H. WOODS
                               United States District Judge