UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :
                                             :
                -against-                 :
                                             :
WILLIAM ALVA HEMMING,                        :          1:15-cr-540-GHW-1
                                             :
                Defendant.     :          ORDER
-------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/22/2026 |

GREGORY H. WOODS, United States District Judge:

During the conference held on April 15, 2026, with the consent of the defendant, the Court modified the defendant's conditions of supervised release to include the following:

The defendant will participate in an outpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether the defendant has reverted to using drugs or alcohol. The defendant shall contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

       SO ORDERED.

Dated:  April 22, 2026
New York, New York

                                   _____
                                   GREGORY H. WOODS
                                 United States District Judge