

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 22, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2026

**By ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *United States v. William Alva Hemming*, 15 Cr. 540 (GHW)

Dear Judge Woods:

On April 15, 2026, the Court held an initial conference in the above-titled violation of supervised release proceedings. At that conference, the Court set certain conditions for the defendant's release under Federal Rule of Criminal Procedure 32.1(a)(6), including location monitoring. The Court also scheduled an evidentiary hearing for June 1, 2026 at 11:00 a.m.

The Government has learned that on or about April 23, 2026, the defendant removed his location monitoring device and absconded. In light of this development, the Government respectfully requests that the Court adjourn *sine die* the June 1, 2026 hearing until the defendant is apprehended and returned to the District. The Government has conferred with defense counsel, who consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:  *Patrick J. Gallagher*

_____
Patrick J. Gallagher
Assistant United States Attorney
(212) 637-2251

Application granted.  The evidentiary hearing scheduled for June 1, 2026 is adjourned *sine die*. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 90.
SO ORDERED.
Dated:  May 26, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge